```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDUSTRIAL CARRIERS INC.,
                                              1:08-cv-_____
                Plaintiff(s),

        -against-                             RULE 7.1 STATEMENT

VAN NICE SHIPPING (H.K.) CORP. LTD.
and POINTER INVESTMENT (H.K.) LTD.,

                Defendant(s).
----------------------------------------X
```

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, INDUSTRIAL CARRIERS INC. ("ICI"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ICI.

Dated:   New York, NY
         June 17, 2008

>                    Respectfully submitted,
>
>                    MAHONEY & KEANE, LLP
>                    Attorneys for Plaintiff
>                    INDUSTRIAL CARRIERS INC.
>
>
>            By:     _____
>                    EDWARD A. KEANE
>                    11 Hanover Square, Tenth Floor
>                    New York, NY 10005
>                    Tel. (212) 385-1422
>                    Fax (212) 385-1605
>                    File No. 12/3596/B/08/6