```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDUSTRIAL CARRIERS INC.,
                                                    08 Civ. 5473 (GBD)

                    Plaintiff,          NOTICE OF VOLUNTARY
                                        DISMISSAL WITHOUT
                                        PREJUDICE
        -against-


VAN NICE SHIPPING (H.K.) CORP. LTD.
and POINTER INVESTMENT (H.K.) LTD.,

                    Defendants.
----------------------------------------X
```

**PLEASE TAKE NOTICE,** that Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   New York, NY
         June 18, 2008

                                Respectfully submitted,

                                MAHONEY & KEANE, LLP
                                Attorneys for Plaintiff

                        By:     _____
                                Garth S. Wolfson (GW 7700)
                                11 Hanover Square, Tenth Floor
                                New York, New York 10005
                                Tel. (212) 385-1422
                                Fax. (212) 385-1605
                                File No. 12/3596/B/08/6