```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
INDUSTRIAL CARRIERS INC.,
                                              08 Civ. 5473 (GBD)

                    Plaintiff,                NOTICE OF VOLUNTARY
                                              DISMISSAL WITHOUT
                                              PREJUDICE
        -against-


VAN NICE SHIPPING (H.K., CORP. LTD.
and POINTER INVESTMENT (H.K.) LTD.,

                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 2 5 2008

PLEASE TAKE NOTICE, that Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, NY
       June 16, 2008

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Plaintiff

                            By:     _____
                                    Garth S. Wolfson (GW 7700)
                                    11 Hanover Square, Tenth Floor
                                    New York, New York 10005
                                    Tel. (212) 385-1422
                                    Fax. (212) 385-1605
                                    File No. 12/3596/B/08/6

JUN 2 5 2008

*George B. Daniels*
HON. GEORGE B. DANIELS
U.S.D.J.